## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **BRYAN W.,** | ) | |
| PLAINTIFF, | ) | |
| | ) | **Civil Action No. 3:21-cv-00283** |
| **v.** | ) | |
| | ) | **Magistrate Judge Peter B. Silvain, Jr.** |
| **KILOLO KIJAKAZI,** | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## ORDER

This cause coming before the Court on the joint motion of the parties, due notice having been given, and the Court being fully advised,

IT IS THEREFORE ORDERED THAT:

1. The Parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act (Doc. #13) is accepted, and the Commissioner shall pay Plaintiff's attorney fees in the amount of $3,500.00 and costs in the amount of $0, for a total award of $3,500.00;

2. Counsel for the parties shall verify whether or not Plaintiff owes a preexisting debt to the United States subject to offset, consistent with *Astrue v. Ratliff,* 130 S.Ct. 2521, 560 U.S. 586 (2010).  If no such pre-existing debt exists, Defendant shall pay the EAJA award directly to Plaintiff's counsel pursuant to the EAJA assignment signed by Plaintiff; and

3. The case remains terminated on the docket of this Court.

IT IS SO ORDERED.


Date: September 27, 2022          *s/Peter B. Silvain, Jr.*
                                 Peter B. Silvain, Jr.
                                 United States Magistrate Judge